This cause was submitted on briefs of counsel upon the demurrer by The Cleveland, Cincinnati, Chicago & St. Louis Railway Company to the petition, which demurrer was filed subsequent to the former decision of this court on December 9, 1936.
 

 All issues presented having been heretofore decided by this court, it is ordered and adjudged that the demurrer of The Cleveland, Cincinnati, Chicago &. St. Louis Railway Company be, and the same is hereby, sustained on authority of
 
 Cleveland, Cincinnati, Chicago & St. Louis Ry. Co.
 
 v.
 
 Green,
 
 126 Ohio St., 512, 186 N. E., 365, and
 
 State, ex rel. Green,
 
 v.
 
 King, Clerk of Courts,
 
 132 Ohio St., 139, 5 N. E. (2d), 407.
 

 Demurrer sustained and writ denied.
 

 Weygandt, C. J., Matthias, Day, Zimmerman, Williams and Gorman, JJ., concur.
 

 Myers, J., not participating.